# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI JEAN WARREN,<br><br>  Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE CO.,<br><br>  Defendant. | No. 1:11-cv-00767-OWW-SKO<br><br>**ORDER GRANTING STIPULATED REQUEST FOR PARTIES TO SERVE INITIAL DISCLOSURE STATEMENTS** |

Upon stipulation and joint motion of Plaintiff Kelli Jean Warren and Defendant Great American Insurance Co., and good cause appearing,

It is HEREBY ORDERED that the Parties are to simultaneously serve upon each other Rule 26(a) Initial Disclosure Statements on August 17, 2011.

IT IS SO ORDERED.

  Dated:   **August 18, 2011**                    /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE