# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI JEAN WARREN,<br><br>             Plaintiff,<br><br>    v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>             Defendant.<br>_____/ | CASE NO. 1:11-cv-00767-SKO<br><br>**ORDER REGARDING PARTIES' STIPULATED REQUEST FOR A SCHEDULE MODIFICATION**<br><br>(Docket No. 40) |

On July 23, 2012, the parties filed an Amended Joint Motion and Stipulation of the Parties to Extend Case Deadlines. (Doc. 40.) The parties are seeking to extend the deadline for Plaintiff Kelli Jean Warren ("Plaintiff") to submit to an independent medical examination ("IME"), the deadline for Defendant Great American Insurance Company ("Defendant") to disclose a psychological expert, and to extend the other deadlines in this action. These extensions are sought so as to allow the parties to engage in a second mediation in September or October 2012 in an attempt to resolve the case. (Doc. 40.) Based on the parties' stipulated request, the Court ORDERS the following modifications to the schedule:

**A.   Deadline for Plaintiff's IME and Defendant's Psychological Expert Disclosure**

The deadline for Plaintiff to submit to an IME is October 31, 2012. The deadline for Defendant to disclose its psychological expert is November 15, 2012, and Plaintiff may disclose any rebuttal to Defendant's psychological expert by November 30, 2012.

**B.   Other Case Deadlines**

The Court modifies the other case deadlines pursuant to the parties' stipulated request as requested; however, there are slight revisions to the parties' proposed dates for the pretrial conference and the trial so as to accommodate the Court's schedule.[1] Further, the parties did not provide proposed hearing deadlines for the non-dispositive and dispositive motions, which the Court now sets based upon the proposed motion filing deadlines.

The schedule is thus modified as follows:

| Event | Existing Deadline/Date | Modified Deadline/Date |
|---|---|---|
| Non-Expert Discovery | August 28, 2012 | September 18, 2012 |
| Initial Expert Disclosure | September 10, 2012 | September 21, 2012 |
| Disclose Rebuttal Experts | October 9, 2012 | October 19, 2012 |
| Expert Discovery Completion | October 23, 2012 | December 14, 2012 |
| Non Disp. Motion Filing | October 26, 2012 | December 28, 2012 |
| Non Disp. Motion Hearing | November 28, 2012 | January 30, 2013 |
| Disp. Motion Filing | November 28, 2012 | December 28, 2012 |
| Disp. Motion Hearing | January 9, 2013 | February 13, 2013 |
| Pretrial Conference | February 20, 2013 | March 27, 2013 |
| Trial | April 16, 2013 | May 21, 2013 |

The parties did not request a modification to their settlement conference date, which remains set for October 23, 2012, at 10:30 a.m. in Courtroom 8 before the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge.

///

---

[1] The parties requested a pretrial conference date of March 22, 2013, and a trial date of May 20, 2013. (Doc 40.) The pretrial conference is now set for March 27, 2013, to allow for sufficient time between the dispositive motion hearing date and the pretrial conference date, and the trial date is now set for May 21, 2013, as the Court typically begins trials on Tuesdays as opposed to the Monday start date requested by the parties.

Accordingly, IT IS HEREBY ORDERED that the scheduling order shall be amended in accordance with the modified deadlines/dates set forth above.

IT IS SO ORDERED.

**Dated:  July 26, 2012**                              /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE