# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI JEAN WARREN,<br><br>            Plaintiff,<br><br>     v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>            Defendant.<br>_____/ | CASE NO. 1:11-cv-00767-SKO<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>(Doc. No. 47) |

On October 23, 2012, the parties filed a stipulation for dismissal of this action with prejudice. (Doc. 47.) The parties have agreed to bear their own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   October 25, 2012**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE